THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT FELDER, Appellant

The defendant was identified by two of the victims of the robbery as being one of the perpetrators. Additionally, two of the defendant's fingerprints and a palm print were found at

the crime scene. This evidence suffices to support the jury's finding of guilt.

The defendant's remaining contentions have been considered and found to be without merit. Thompson, J. P., Bracken, Eiber and Spatt, JJ., concur.